UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

FILED
OCT 23 2019
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CAUSE NO. 3:19-cr-41   RLY-MPB |
| JOSEPH K. COMPTON, | ) ) ) | |
| Defendant. | ) | |

## INDICTMENT

[Felon in Possession of a Firearm – 18 U.S.C. § 922(g)(1)]

The Grand Jury charges that:

On or about June 7, 2019, in the Southern District of Indiana,

**JOSEPH K. COMPTON**,

the defendant herein, did knowingly possess in or affecting commerce a firearm, that is, a Springfield Armory XD-9 9 mm pistol bearing serial number S3947334, after knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, felony Possession of Methamphetamine in Vanderburgh County, Indiana, under cause number 82D03-1702-F6-001028, on or about March 15, 2017.

· All of which is in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2. The property subject to forfeiture includes, but is not necessarily limited to:

    A. a Springfield Armory XD-9 9 mm pistol bearing serial number S3947334; and

    B. all ammunition recovered with the firearm.

A TRUE BILL:

███████████████████████

FOREPERSON

JOSH J. MINKLER
United States Attorney

By: *[signature]*

Matthew B. Miller
Assistant United States Attorney